THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
JOHN F. MACMASTERS, Respondent.

*Crimes — trading by broker against customer's order — judgment of
conviction properly reversed.*

People v. MacMasters, 218 App. Div. 754, affirmed.

[Argued October 17, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered November 18, 1926,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, which reversed
a judgment of the Court of General Sessions of the county
of New York rendered upon a verdict convicting the
defendant of a violation of section 954 of the Penal Law
(trading by brokers against customers' orders) and
directed a dismissal of the indictment on authority of
*People* v. *Ruskay* (243 N. Y. 58).

*Joab H. Banton, District Attorney,* for appellant.

*Jacob H. Gilbert, Loring M. Black* and *Edward A.
Robertson* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG
and O'BRIEN, JJ. Not sitting: CARDOZO, Ch. J.